UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-00029 |
|---|---|
| DANIEL O DAILEY, SR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/11/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/11/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL O DAILEY, SR

CASE NO: 23-00029

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 4/11/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/11/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO                                                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING   ALLY BANK  CO AIS PORTFOLIO SERVICES     (U)KEY BANK  NA  SBM FIRST NIAGARA BAN
NCRS ADDRESS DOWNLOAD              LLC                                      N
CASE 23-00029                      4515 N SANTA FE AVE DEPT APS             701 MARKET STREET
MIDDLE DISTRICT OF PENNSYLVANIA    OKLAHOMA CITY  OK 73118-7901             PHILADEPHIA
TUE APR 11 11-12-47 PST 2023


                                                                             EXCLUDE
LEHIGHTON AREA SCHOOL DISTRICT     PRA RECEIVABLES MANAGEMENT  LLC          US BANKRUPTCY COURT
CO PORTNOFF LAW ASSOCIATES  LTD    PO BOX 41021                             MAX ROSENN US COURTHOUSE
PO BOX 3020                        NORFOLK  VA 23541-1021                   197 SOUTH MAIN STREET
NORRISTOWN  PA 19404-3020                                                   WILKES-BARRE  PA 18701-1500


01 ANYTIME FITNESS EMMAUS PA       05 CHERRYVILLE ANIMAL HOSPITAL           05 LEHIGH VALLEY FAM CO HLAW
1701 DREW ST                       200 N NEW RD                             PO BOX 90301
CLEARWATER BEACH  FL 33755-6211    WACO  TX 76710-6932                      ALLENTOWN  PA 18109-0301


08 SYNCHRONY BANK                  08 WORLD S FOREMOST BANK                 10 PPL ELECTRIC UTILITIES
120 CORPORATE BLVD                 120 CORPORATE BLVD                       27 FAIRVIEW ST
STE 100                            STE 100                                  CARLISLE  PA 17015-3200
NORFOLK  VA 23502-4952             NORFOLK  VA 23502-4952


10 VERIZON                         11 ATT DIRECTV                           11 ASTOUND BROADBAND POWERED BY
PO BOX 981008                      PO BOX 64378                             PO BOX 64378
BOSTON  MA 02298-1008              SAINT PAUL  MN 55164-0378                SAINT PAUL  MN 55164-0378


12 VERIZON WIRELESS                ATT MOBILITY II  LLC                     ALLY BANK
16 MCLELAND RD                     ONE ATT WAY  SUITE 3A104                 AIS PORTFOLIO SERVICES  LLC
SAINT CLOUD  MN 56303-2198         BEDMINSTER  NJ 07921-2693                4515 N SANTA FE AVE DEPT APS
                                                                            OKLAHOMA CITY  OK 73118-7901


ALLY BANK                          AMERICAN FIRST FINANCE                   AMERICAN FIRST FINANCE  LLC
PO BOX 130424                      ATTN BANKRUPTCY                          CO BECKET AND LEE LLP
ROSEVILLE  MN 55113-0004           PO BOX 565848                            PO BOX 3002
                                   DALLAS  TX 75356-5848                    MALVERN PA 19355-0702


BLUE RIDGE COMMUNICATIONS          BRIAN THOMAS LANGFORD                    (P)DEPARTMENT OF LABOR  INDUSTRY
PO BOX 316                         WELTMAN  WEINBERG  REIS CO LPA           ATTN OFFICE OF CHIEF COUNSEL
PALMERTON  PA 18071-0316           436 7TH AVENUE  SUITE 2500               651 BOAS STREET 10TH FLOOR
                                   PITTSBURGH  PA 15219-1842                HARRISBURG PA 17121-0751


CAPITAL ONE                        CARBON COUNTY TAX CLAIM BUREAU           CLRFLD MOTOR
ATTN BNAKRUPTCY                    PO BOX 37                                4048 CARLISLE RD
PO BOX 30285                       JIM THORPE  PA 18229-0037                DOVER  PA 17315-3508
SALT LAKE CITY  UT 84130-0285
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

COMMUNITY BANK
64 NORTH FRANKLIN STREET
WILKES BARRE   PA 18701-1301

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS   NV 89193-8873

DEPT OF EDNELNET
ATTN BANKRUPTCY CLAIMSNELNET
PO BOX 82505
LINCOLN   NE 68501-2505

DIRECTV   LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM   IL   60197-5072

DIVERSIFIED CONSULTANT
10550 DEERWOOD PARK BLVD
JACKSONVILLE   FL 32256-0596

EOS CCA
ATTN BANKRUPTCY
PO BOX 329
NORWELL   MA 02061-0329

FIN RECOVERY
PO BOX 8609
CHERRY HILL   NJ 08002-0609

HAMILTN LAW
PO BOX 90301
ALLENTOWN   PA 18109-0301

IC SYSTEMS   INC
ATTN BANKRUPTCY
PO BOX 64378
SAINT PAUL   MN 55164-0378

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KEYBANK NA
4910 TIEDEMAN RD
BROOKLYN   OH 44144-2338

KEYBANK NA
ATTN BANKRUPTCY OH01510622
4910 TIEDEMAN RD
BROOKLYN   OH 44144-2338

KINGSTON DATA AND CREDIT INTERNATIONAL
ATTN BANKRUPTCY
1301 SEMINOLE BLVD
STE 166
LARGO   FL 33770-8118

LEHIGHTON AREA SCHOOL DISTRICT
CO JAMES R WOOD   ESQUIRE
2700 HORIZON DRIVE   SUITE 100
KING OF PRUSSIA   PA 19406-2726

~~EXCLUDE~~
~~(D)LEHIGHTON AREA SCHOOL DISTRICT~~
~~CO PORTNOFF LAW ASSOCIATES   LTD~~
~~PO BOX 3020~~
~~NORRISTOWN   PA 19404-3020~~

MIDLAND FUNDING   LLC
PO BOX 2011
WARREN   MI 48090-2011

NARIEN GROVER   MD
LEHIGH VALLEY FAMILY PRACTICE
CO HAMILTON LAW GROUP
PO BOX 90301
ALLENTOWN   PA 18109-0301

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR   STRAWBERRY SQUARE
HARRISBURG   PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946   ATTNBANKRUPTCY
HARRISBURG   PA 17128-0946

PPL ELECTRIC UTILITIES
PO BOX 25222
LEHIGH VALLEY   PA 18002-5222

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG   PA   17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

RECEIVABLES MANAGEMENT PARTNERS
ATTN BANKRUPTCY
200 N NEW RD
WACO   TX 76710-6932

RENTACENTER
5501 HEADQUARTERS DR
PLANO   TX 75024-5845

RMP SRVC LLC
200 N NEW RD
WACO   TX 76710-6932

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

T MOBILETMOBILE USA INC
PO BOX 248848
OKLAHOMA CITY OK 73124-8848

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
CLEVELAND OH 44101-6424

TORRES CRDIT
ATTN BANKRUPTCY
PO BOX 189
CARLISLE PA 17013-0189

(P)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1904

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

VARIUS HOLDINGS LLC
PO BOX 1931
BURLINGAME CA 94011-1931

~~EXCLUDE~~
~~DANIEL O DAILEY SR~~
~~195 MAIN ST~~
~~PARRYVILLE PA 18244~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~