# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel O. Dailey Sr.<br>　　　　　　　Debtor(s)<br><br>KeyBank, N.A., s/b/m First Niagara Bank, N.A., its successors and/or assigns<br>　　　　　　　Movant<br>　　　vs.<br>Daniel O. Dailey Sr.<br>　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 23-00029 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of KeyBank, N.A., s/b/m First Niagara Bank, N.A., which was filed with the Court on or about April 7, 2023.

Dated: <u>April 21, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　<u>/s/ Michael P. Farrington</u>
　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com