# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-00029 |
|---|---|
| DANIEL O DAILEY, SR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/11/2023, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/11/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL O DAILEY, SR

CASE NO: 23-00029

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 5/11/2023, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/11/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | | | ~~EXCLUDE~~ |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00029<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU MAY 11 9-44-34 PST 2023 | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | | ~~(U)KEY BANK  NA  SBM FIRST NIAGARA BAN N~~<br>~~701 MARKET STREET~~<br>~~PHILADEPHIA~~ |
| LEHIGHTON AREA SCHOOL DISTRICT<br>CO PORTNOFF LAW ASSOCIATES  LTD<br>PO BOX 3020<br>NORRISTOWN  PA 19404-3020 | PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE  PA 18701-1500~~ |
| 01 ANYTIME FITNESS EMMAUS PA<br>1701 DREW ST<br>CLEARWATER BEACH  FL 33755-6211 | 05 CHERRYVILLE ANIMAL HOSPITAL<br>200 N NEW RD<br>WACO  TX 76710-6932 | | 05 LEHIGH VALLEY FAM CO HLAW<br>PO BOX 90301<br>ALLENTOWN  PA 18109-0301 |
| 08 SYNCHRONY BANK<br>120 CORPORATE BLVD<br>STE 100<br>NORFOLK  VA 23502-4952 | 08 WORLD S FOREMOST BANK<br>120 CORPORATE BLVD<br>STE 100<br>NORFOLK  VA 23502-4952 | | 10 PPL ELECTRIC UTILITIES<br>27 FAIRVIEW ST<br>CARLISLE  PA 17015-3200 |
| 10 VERIZON<br>PO BOX 981008<br>BOSTON  MA 02298-1008 | 11 ATT DIRECTV<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 | | 11 ASTOUND BROADBAND POWERED BY<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 |
| 12 VERIZON WIRELESS<br>16 MCLELAND RD<br>SAINT CLOUD  MN 56303-2198 | ATT MOBILITY II  LLC<br>ONE ATT WAY  SUITE 3A104<br>BEDMINSTER  NJ 07921-2693 | | ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE  MN 55113-0004 | AMERICAN FIRST FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 565848<br>DALLAS  TX 75356-5848 | | AMERICAN FIRST FINANCE  LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 |
| BLUE RIDGE COMMUNICATIONS<br>PO BOX 316<br>PALMERTON  PA 18071-0316 | BRIAN THOMAS LANGFORD<br>WELTMAN  WEINBERG  REIS CO LPA<br>436 7TH AVENUE  SUITE 2500<br>PITTSBURGH  PA 15219-1842 | | (P)DEPARTMENT OF LABOR  INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| CAPITAL ONE<br>ATTN BNAKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CARBON COUNTY TAX CLAIM BUREAU<br>PO BOX 37<br>JIM THORPE  PA 18229-0037 | | CLRFLD MOTOR<br>4048 CARLISLE RD<br>DOVER  PA 17315-3508 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| COMMUNITY BANK<br>64 NORTH FRANKLIN STREET<br>WILKES BARRE   PA 18701-1301 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS   NV 89193-8873 | DEPT OF EDNELNET<br>ATTN BANKRUPTCY CLAIMSNELNET<br>PO BOX 82505<br>LINCOLN  NE 68501-2505 |
| DIRECTV  LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM  IL  60197-5072 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE  FL 32256-0596 | EOS CCA<br>ATTN BANKRUPTCY<br>PO BOX 329<br>NORWELL  MA 02061-0329 |
| FIN RECOVERY<br>PO BOX 8609<br>CHERRY HILL   NJ 08002-0609 | HAMILTN LAW<br>PO BOX 90301<br>ALLENTOWN   PA 18109-0301 | IC SYSTEMS  INC<br>ATTN BANKRUPTCY<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEYBANK NA<br>4910 TIEDEMAN RD<br>BROOKLYN  OH 44144-2338 |
| KEYBANK NA<br>ATTN BANKRUPTCY OH01510622<br>4910 TIEDEMAN RD<br>BROOKLYN  OH 44144-2338 | KINGSTON DATA AND CREDIT INTERNATIONAL<br>ATTN BANKRUPTCY<br>1301 SEMINOLE BLVD<br>STE 166<br>LARGO  FL 33770-8118 | LEHIGHTON AREA SCHOOL DISTRICT<br>CO JAMES R WOOD  ESQUIRE<br>2700 HORIZON DRIVE  SUITE 100<br>KING OF PRUSSIA  PA 19406-2726 |
| ~~EXCLUDE~~<br>~~(D)LEHIGHTON AREA SCHOOL DISTRICT~~<br>~~CO PORTNOFF LAW ASSOCIATES  LTD~~<br>~~PO BOX 3020~~<br>~~NORRISTOWN   PA 19404-3020~~ | MIDLAND FUNDING  LLC<br>PO BOX 2011<br>WARREN  MI 48090-2011 | NARIEN GROVER  MD<br>LEHIGH VALLEY FAMILY PRACTICE<br>CO HAMILTON LAW GROUP<br>PO BOX 90301<br>ALLENTOWN  PA 18109-0301 |
| OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR  STRAWBERRY SQUARE<br>HARRISBURG  PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946  ATTNBANKRUPTCY<br>HARRISBURG  PA 17128-0946 | PPL ELECTRIC UTILITIES<br>PO BOX 25222<br>LEHIGH VALLEY  PA 18002-5222 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG  PA  17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| RECEIVABLES MANAGEMENT PARTNERS<br>ATTN BANKRUPTCY<br>200 N NEW RD<br>WACO  TX 76710-6932 | RENTACENTER<br>5501 HEADQUARTERS DR<br>PLANO  TX 75024-5845 | RMP SRVC LLC<br>200 N NEW RD<br>WACO  TX 76710-6932 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | T MOBILETMOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY OK 73124-8848 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND OH 44101-6424 |
| TORRES CRDIT<br>ATTN BANKRUPTCY<br>PO BOX 189<br>CARLISLE PA 17013-0189 | (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | VARIUS HOLDINGS LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| ~~EXCLUDE~~<br>~~DANIEL O DAILEY SR~~<br>~~195 MAIN ST~~<br>~~PARRYVILLE PA 18244~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |