UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DANIEL O. DAILEY, SR. | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DANIEL O. DAILEY, SR. | : | |
|     Respondent | : | CASE NO. 5-23-bk-00029 |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this  18th  day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Copy of Listing Agreement for sale of 195 Main Street, Parryville.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan fails to provide that the sale or refinance of debtor(s) real estate will occur within one year.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:     /s/Agatha R. McHale
        Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 18th day of May, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

    /s/Deborah A. DePalma
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee