UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL O DAILEY, SR

CASE NO: 23-00029

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 6/16/2023, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/16/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL O DAILEY, SR

CASE NO: 23-00029

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 6/16/2023, a copy of the following documents, described below,

3rd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/16/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO                                                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    ALLY BANK  CO AIS PORTFOLIO SERVICES    (U)KEY BANK  NA  SBM FIRST NIAGARA BAN
NCRS ADDRESS DOWNLOAD               LLC                                      N
CASE 23-00029                       4515 N SANTA FE AVE DEPT APS            701 MARKET STREET
MIDDLE DISTRICT OF PENNSYLVANIA     OKLAHOMA CITY  OK 73118-7901            PHILADEPHIA
FRI JUN 16 11-10-0 PST 2023



                                                                             EXCLUDE
LEHIGHTON AREA SCHOOL DISTRICT      PRA RECEIVABLES MANAGEMENT  LLC          US BANKRUPTCY COURT
CO PORTNOFF LAW ASSOCIATES  LTD     PO BOX 41021                             MAX ROSENN US COURTHOUSE
PO BOX 3020                         NORFOLK  VA 23541-1021                   197 SOUTH MAIN STREET
NORRISTOWN  PA 19404-3020                                                    WILKES BARRE  PA 18701-1500




01 ANYTIME FITNESS EMMAUS PA        05 CHERRYVILLE ANIMAL HOSPITAL           05 LEHIGH VALLEY FAM CO HLAW
1701 DREW ST                        200 N NEW RD                             PO BOX 90301
CLEARWATER BEACH  FL 33755-6211     WACO  TX 76710-6932                     ALLENTOWN  PA 18109-0301




08 SYNCHRONY BANK                   08 WORLD S FOREMOST BANK                 10 PPL ELECTRIC UTILITIES
120 CORPORATE BLVD                  120 CORPORATE BLVD                       27 FAIRVIEW ST
STE 100                             STE 100                                  CARLISLE  PA 17015-3200
NORFOLK  VA 23502-4952              NORFOLK  VA 23502-4952




10 VERIZON                          11 ATT DIRECTV                           11 ASTOUND BROADBAND POWERED BY
PO BOX 981008                       PO BOX 64378                             PO BOX 64378
BOSTON  MA 02298-1008               SAINT PAUL  MN 55164-0378                SAINT PAUL  MN 55164-0378




12 VERIZON WIRELESS                 ATT MOBILITY II  LLC                     ALLY BANK
16 MCLELAND RD                      ONE ATT WAY  SUITE 3A104                 AIS PORTFOLIO SERVICES  LLC
SAINT CLOUD  MN 56303-2198          BEDMINSTER  NJ 07921-2693                4515 N SANTA FE AVE DEPT APS
                                                                             OKLAHOMA CITY  OK 73118-7901




ALLY BANK                           AMERICAN FIRST FINANCE                   AMERICAN FIRST FINANCE  LLC
PO BOX 130424                       ATTN BANKRUPTCY                          CO BECKET AND LEE LLP
ROSEVILLE  MN 55113-0004            PO BOX 565848                            PO BOX 3002
                                    DALLAS  TX 75356-5848                    MALVERN PA 19355-0702




BLUE RIDGE COMMUNICATIONS           BRIAN THOMAS LANGFORD                    (P)DEPARTMENT OF LABOR  INDUSTRY
PO BOX 316                          WELTMAN  WEINBERG  REIS CO LPA           ATTN OFFICE OF CHIEF COUNSEL
PALMERTON  PA 18071-0316            436 7TH AVENUE  SUITE 2500               651 BOAS STREET 10TH FLOOR
                                    PITTSBURGH  PA 15219-1842                HARRISBURG PA 17121-0751




CAPITAL ONE                         CARBON COUNTY TAX CLAIM BUREAU           CLRFLD MOTOR
ATTN BNAKRUPTCY                     PO BOX 37                                4048 CARLISLE RD
PO BOX 30285                        JIM THORPE  PA 18229-0037                DOVER  PA 17315-3508
SALT LAKE CITY  UT 84130-0285
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| COMMUNITY BANK<br>64 NORTH FRANKLIN STREET<br>WILKES BARRE   PA 18701-1301 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS   NV 89193-8873 | DEPT OF EDNELNET<br>ATTN BANKRUPTCY CLAIMSNELNET<br>PO BOX 82505<br>LINCOLN   NE 68501-2505 |
| DIRECTV  LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM   IL  60197-5072 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE   FL 32256-0596 | EOS CCA<br>ATTN BANKRUPTCY<br>PO BOX 329<br>NORWELL   MA 02061-0329 |
| FIN RECOVERY<br>PO BOX 8609<br>CHERRY HILL   NJ 08002-0609 | HAMILTN LAW<br>PO BOX 90301<br>ALLENTOWN   PA 18109-0301 | IC SYSTEMS   INC<br>ATTN BANKRUPTCY<br>PO BOX 64378<br>SAINT PAUL   MN 55164-0378 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEYBANK NA<br>4910 TIEDEMAN RD<br>BROOKLYN   OH 44144-2338 |
| KEYBANK NA<br>ATTN BANKRUPTCY OH01510622<br>4910 TIEDEMAN RD<br>BROOKLYN   OH 44144-2338 | KINGSTON DATA AND CREDIT INTERNATIONAL<br>ATTN BANKRUPTCY<br>1301 SEMINOLE BLVD<br>STE 166<br>LARGO   FL 33770-8118 | LEHIGHTON AREA SCHOOL DISTRICT<br>CO JAMES R WOOD   ESQUIRE<br>2700 HORIZON DRIVE   SUITE 100<br>KING OF PRUSSIA   PA 19406-2726 |
| ~~EXCLUDE~~<br>~~(D)LEHIGHTON AREA SCHOOL DISTRICT~~<br>~~CO PORTNOFF LAW ASSOCIATES   LTD~~<br>~~PO BOX 3020~~<br>~~NORRISTOWN   PA 19404-3020~~ | MIDLAND FUNDING  LLC<br>PO BOX 2011<br>WARREN  MI 48090-2011 | NARIEN GROVER  MD<br>LEHIGH VALLEY FAMILY PRACTICE<br>CO HAMILTON LAW GROUP<br>PO BOX 90301<br>ALLENTOWN  PA 18109-0301 |
| OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR   STRAWBERRY SQUARE<br>HARRISBURG   PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946   ATTNBANKRUPTCY<br>HARRISBURG   PA 17128-0946 | PPL ELECTRIC UTILITIES<br>PO BOX 25222<br>LEHIGH VALLEY   PA 18002-5222 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG   PA  17128-0946 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| RECEIVABLES MANAGEMENT PARTNERS<br>ATTN BANKRUPTCY<br>200 N NEW RD<br>WACO   TX 76710-6932 | RENTACENTER<br>5501 HEADQUARTERS DR<br>PLANO   TX 75024-5845 | RMP SRVC LLC<br>200 N NEW RD<br>WACO   TX 76710-6932 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | T MOBILETMOBILE USA  INC<br>PO BOX 248848<br>OKLAHOMA CITY  OK 73124-8848 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND  OH 44101-6424 |
| TORRES CRDIT<br>ATTN BANKRUPTCY<br>PO BOX 189<br>CARLISLE  PA 17013-0189 | (P)U S  DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN  NE 68508-1904 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG  PA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET  SUITE 1190~~<br>~~HARRISBURG   PA 17101-1722~~ | VARIUS HOLDINGS  LLC<br>PO BOX 1931<br>BURLINGAME  CA 94011-1931 |
| ~~EXCLUDE~~<br>~~DANIEL O DAILEY SR~~<br>~~195 MAIN ST~~<br>~~PARRYVILLE  PA 18244~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | JOHN MATTHEW HYAMS<br>LAW OFFICES OF JOHN M HYAMS<br>2023 N 2ND ST<br>HARRISBURG  PA 17102-2151 |