IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Daniel O. Dailey, Sr. | : | CASE NO: 5:23-bk-00029-MJC |
|     Debtor | : | |
| | : | |
| Daniel O. Dailey, Sr. | : | |
|     Movant | : | |
| | : | |
| v. | : | 11 U.S.C. 363(F)(3) |
| | : | |
| Key Bank, N.A. | : | |
| Lehighton Area School District | : | |
| Carbon County Tax Claim Bureau | : | |
| Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on August 4, 2023, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| KEY BANK, N.A.<br>Attorney for Creditor<br>Michael Patrick Farrington<br>KML Law Group, P.C.<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106 | LEHIGHTON AREA SCHOOL DISTRICT<br>Attorney for Creditor<br>James Randolph Wood<br>Portnoff Law Associates, Ltd.<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406 |
| CARBON COUNTY TAX CLAIM BUREAU<br>PO Box 37<br>Jim Thorpe, PA 18229 | |

LAW OFFICES OF JOHN M. HYAMS

Date: August 4, 2023

By:/s John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtor